| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | S.J. BEAULIEU, JR.<br>CHAPTER 13 TRUSTEE<br>433 METAIRIE ROAD, SUITE 307<br>METAIRIE, LA 70005 | JPMORGAN CHASE BANK<br>SYRA NY 13206 | 50-937<br>213 | 0602282 | | | | |

DATE: Jan 28, 2009

PAY Exactly Four Thousand Ninety Seven And 59/100 Dollars

$******4,097.59

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

(VOID UNLESS PRESENTED WITHIN 90 DAYS FROM DATE)

*S.J. Beaulieu Jr.*

⑈⎨060 2282⎨⎩ ⎨⎩021309379⎨⎩6018369 68⎨⎩

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

S.J. BEAULIEU, JR., CHAPTER 13 TRUSTEE
Payee: UNITED STATES BANKRUPTCY COURT

Check #.: 0602282
Date: Jan 28, 2009

| Case # | Claim # | Debtor Name(s) | SSN 1 | SSN 2 | Account # | Interest | Principal | Balance |
|---|---|---|---|---|---|---|---|---|
| 03-15514 | 00004 | JOHNSON, WARDELL | | | | | 1,330.50 | 0.00 |
| 04-16735 | 00006 | EDWARDS, NIGEST G | | | | | 48.69 | 0.00 |
| 04-18269 | 00012 | SMITH SR, LAMAR & SMITH, VANESSA | | | | | 773.34 | 0.00 |
| 05-10912 | 00000 | TINSON, KENDRICK PERNELL | | | | | 531.79 | 0.00 |
| 05-11433 | 00005 | JOHNSON, SENTA MARIE | | | | | 600.00 | 0.00 |
| 05-13276 | 00000 | GREEN, DON K | | | | | 543.28 | 0.00 |
| 05-14250 | 00002 | SCHWARTZ JR, DANIEL | | | | | 210.43 | 0.00 |
| 05-16442 | 00000 | LING, LOUIE & SYDNEY | | | | | 12.60 | 0.00 |
| 05-17420 | 00000 | EAGLETON, DIANE | | | | | 46.96 | 0.00 |

*$4,097.59 DEPOSITED TO TREASURY UNCLAIMED ON 2/6/09. (9 VARIOUS CH.13's)*

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 225149 -- KW
* * C O P Y * *
February 06, 2009
14:12:42

TREASURY REGFUND
Debtor.: VARIOUS CH. 13 CASES
Amount.: $4,097.59 CH
Check#.: 2282

Total-> $4,097.59

FROM: S J BEAULIEU

| | | | | | | | TOTALS | 0.00 | 4,097.59 | 0.00 |

The attached check represents payments found to be undeliverable, detailed below, for deposit into the registry of the court.

Registry Check #602282

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 03-15514 | JOHNSON, WARDELL<br>1539 KINGS RD<br>HARVEY LA 70058 | 1,330.50 | MKM ACQUISITIONS LLC<br>PMB 272<br>245 EIGHTH AVE<br>NEW YORK NY 10011 |
| 04-16735 | EDWARDS, NIGEST G<br>APT 1715<br>14723 WEST OAK PLAZA<br>HOUSTON TX 77082 | 48.69 | DILLARD NATIONAL BANK<br>% STOKES & CLINTON<br>1000 DOWNTOWNER BLVD<br>MOBILE AL 36691 |
| 04-18269 | SMITH SR, LAMAR<br>SMITH, VANESSA<br>3837 INWOOD DR<br>HARVEY LA 70058 | 773.34 | LIBERTY BANK & TRUST<br>STE 101<br>7166 CROWDER BLVD<br>NEW ORLEANS LA 70127 |
| 05-10912 | TINSON, KENDRICK PERNELL<br>3000 ASHLEY DRIVE<br>VIOLET LA 70092 | 531.79 | (debtor) |
| 05-11433 | JOHNSON, SENTA MARIE<br>22 WINNERS CIRCLE<br>NEW ORLEANS LA 70128 | 600.00 | WINNNERS CIRCLE CONDO ASSOC<br>% BJ MURPHY, AGENT<br>4911 LURLINE ST<br>NEW ORLEANS LA 70127 |
| 05-13276 | GREEN, DON K<br>3172 TOUCHWOOD DR<br>HARVEY LA 70058 | 543.28 | (debtor) |
| 05-14250 | SCHWARTZ JR, DANIEL<br>APT 230<br>2301 IDAHO AVE<br>KENNER LA 70062 | 210.43 | MR CHECK<br>1180 B TERRY PARKWAY<br>GRETNA LA 70056 |
| 05-16442 | LING, LOUIE<br>LING, SYDNEY<br>137 ST PAUL ST<br>HOUMA LA 70364 | 12.60 | (debtor) |
| 05-17420 | EAGLETON, DIANE<br>PO BOX 74574<br>METAIRIE LA 70033 | 46.96 | (debtor) |

$4,097.59